**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7479**

JAMES E. MCLEAN, JR.,

    Petitioner – Appellant,

  v.

WARDEN, FCI Estill,

    Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.   Mary G. Lewis, District Judge. (9:13-cv-03022-MGL)

Submitted: February 27, 2015    Decided:  April 2, 2015

Before MOTZ and KEENAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Edward McLean, Jr., Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward McLean, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition as successive under 28 U.S.C. § 2244(a) (2012). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. McLean v. Warden, No. 9:13-cv-03022-MGL (D.S.C. Sept. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED